

# Fourth Court of Appeals
## San Antonio, Texas

December 16, 2015

No. 04-15-00717-CV

**IN RE ESTATE OF MARIA L. RAYNES**, Deceased,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2013-PC-0369
Honorable Kelly Cross, Judge Presiding

# O R D E R

Appellant's motion to enforce automatic stay is GRANTED. *See* TEX. ESTATES CODE § 351.002(a) (providing supersedeas bond not required if appeal is taken by executor and appeal does not personally concern executor). All further proceedings in the underlying cause, including the probate court's order dated November 24, 2015, and the sale of the real property located at 6307 Handsome Lake Drive, Leon Valley, Texas 78238, are STAYED pending the disposition of this appeal.

Sandee Bryan Marion

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of December, 2015.

Keith E. Hottle
Clerk of Court